# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSHUA EVANS, AN INDIVIDUAL,
Appellant,
vs.
ZEEV VILF, AN INDIVIDUAL,
Respondent.

No. 81855

FILED

OCT 22 2020

CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on September 28, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Tierra Danielle Jones, District Judge
        Joshua Evans
        Sherman Law, PLLC
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-38798